**\*\* E-filed November 1, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMERO ARTURO COLORADO, et al., | No. C10-03741 HRL |
| Plaintiffs, v. | **ORDER DENYING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE** |
| GIACALONE ELECTRICAL SERVICES, INC., et al., | **[Re: Docket No. 24]** |
| Defendants. | |

On October 29, 2010, Defendants' counsel submitted a request to appear by telephone at the Initial Case Management Conference set for November 2, 2010 at 1:30 p.m. The Court finds good cause lacking and, accordingly, DENIES the request.

**IT IS SO ORDERED.**

Dated: November 1, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-03741 HRL Notice will be electronically mailed to:**

Bernard James Fitzpatrick    bjfitzpatrick@fandslegal.com, patty@fandslegal.com
Michael Christopher Saqui    mcs@laborcounselors.com, asotuela@laborcounselors.com

**Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Andrew Lee
The Saqui Law Group
Counselors to Management
4120 Douglas Boulevaerd
Suite 306-402
Granite Bay, CA 95746

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**