**\*\* E-filed November 1, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMERO ARTURO COLORADO, et al., | No. C10-03741 HRL |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| GIACALONE ELECTRICAL SERVICES, INC., et al., | [Re: Docket No. 26] |
| Defendants. | |

On November 1, 2010, Plaintiffs' counsel submitted a request to appear by telephone at the Initial Case Management Conference set for November 2, 2010 at 1:30 p.m. Pursuant to this Court's Civil Local Rules and Standing Order, requests to participate in the conference by telephone must be filed and served at least 7 days before the conference. Plaintiffs' counsel filed his request less than 24 hours before the conference and provided no explanation for the untimely filing. The Court finds good cause lacking and, accordingly, DENIES the request.

**IT IS SO ORDERED.**

Dated: November 1, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C10-03741 HRL Notice will be electronically mailed to:**

2  Bernard James Fitzpatrick    bjfitzpatrick@fandslegal.com, patty@fandslegal.com
Michael Christopher Saqui    mcs@laborcounselors.com, asotuela@laborcounselors.com

3

4  **Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

5  Andrew Lee
The Saqui Law Group
6  Counselors to Management
4120 Douglas Boulevaerd
7  Suite 306-402
Granite Bay, CA 95746
8

9  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

10